JAMES HEDGES, Respondent, *v.* WILLIAM H. PAYNE, Impleaded, etc., Appellant.*

(Argued May 20, 1895; decided June 4, 1895.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made February 4, 1895, which reversed an order of Special Term granting a supersedeas and denied a motion by the defendant, William H. Payne, to be relieved from imprisonment under an order of arrest obtained by the plaintiff and from arrest under any execution issued in the above-entitled action.

*Arthur H. Smith* for appellant.

*Henry E. Howland* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.

---

* Reported below, 85 Hun, 377.